**FILED
WILLIAMSPORT**

APR 23 2026

PER_____NR_____
DEP'UTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

                v.                :

MARCO ANTONIO HERRERA      :
      Defendant        :

No. 4:26-CR-82

(Chief Judge Brann)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
18 U.S.C. § 111(a)
(Assaulting, resisting, or impeding certain officers or employees)

On or about April 1, 2026, in Williamsport, Lycoming County, Pennsylvania, in the Middle District of Pennsylvania, the defendant,

**MARCO ANTONIO HERRERA,**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with any person designated in 18 U.S.C. § 1114, to wit, C.M., an officer and employee of the United States and any agency of the United States Government, who was engaged in his official duties, and caused physical contact with C.M.

All in violation of Title 18, United States Code, Section 111(a).

## THE GRAND JURY FURTHER CHARGES:

### COUNT 2
### 8 U.S.C. §1325(a)
### (Illegal Entry)

Beginning at a date unknown to the grand jury, and continuing thereafter, up to and including April 1, 2026, in Williamsport, Lycoming County, Pennsylvania, in the Middle District of Pennsylvania, the defendant,

### MARCO ANTONIO HERRERA,

who was then and there an alien, did knowingly and illegally enter the United States and thereafter did elude examination and inspection by immigration officers.

All in violation of Title 8, United States Code, Section 1325(a)(1) and (a)(2).

A TRUE BILL

BRIAN D. MILLER
United States Attorney

_____
FOREPERSON

_____
GEOFFREY W. MACARTHUR
Assistant United States Attorney

4/23/2026
_____
Date