**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA,

v.

MARCO ANTONIO HERRERA,

Defendant.

No. 4:26-CR-00082

(Chief Judge Brann)

**MOTION TO WITHDRAW PLEA**

NOW, this 24th day of August 2026, the defendant in the above captioned case, in open court, moves the court to be permitted to withdraw his plea of NOT GUILTY and to enter a plea of GUILTY to Count One of the Indictment, filed on April 23, 2026.

MARCO H
Defendant

Defense Counsel

**ORDER**

NOW, this 24th day of August 2026, the motion is **GRANTED**.

Matthew W. Brann
Matthew W. Brann
Chief United States District Judge

NOW, this 24th day of August 2026, the defendant, Marco Antonio Herrera, in open court enters his plea of ***GUILTY*** to Count One of the Indictment.

MARCO H
Defendant

Defense Counsel